UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :

FAIRFIELD SENTRY LIMITED (IN        :
LIQUIDATION), acting by and through the
Foreign Representatives thereof, and        :
KENNETH KRYS, solely in his capacity as   :    19-CV-3911 (VSB), 21-CV-4307 (VSB),
Foreign Representatives and Liquidator     :    21-CV-4329 (VSB), 21-CV-4444 (VSB),
thereof,                                         :    21-CV-4490 (VSB), 21-CV-4498 (VSB)
                                              :
                 Plaintiffs/Appellants,         :              **ORDER**
                                              :
                      - against –                  :
                                              :
CITIBANK, N.A. LONDON,            :
                                              :
                 Defendants/Appellees.        :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has come to my attention that five cases related to *In Re: Fairfield Sentry Limited*, 19-CV-3911 (VSB), were not consolidated with the lead case and still have pending motions for leave to appeal. *See In Re: Fairfield Sentry Limited*, 21-CV-4307 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4329 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4444 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4490 (VSB); and *In Re: Fairfield Sentry Limited*, 21-CV-4498 (VSB). Accordingly, it is hereby:

      ORDERED that, if the pending motions in the five aforementioned cases raise any outstanding issues that have not already been addressed by my Opinion & Order in *In Re: Fairfield Sentry Limited*, 19-CV-3911 (VSB), Doc. 600, the parties inform me on or before October 6, 2022. Otherwise, I will direct the Clerk of Court to enter judgment in the five related cases in accordance with my Opinion & Order in the lead case.

SO ORDERED.

Dated: September 29, 2022
      New York, New York

_____
Vernon S. Broderick
United States District Judge