UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FAIRFIELD SENTRY LIMITED (IN
LIQUIDATION), acting by and through the +
Foreign Representatives thereof, and KENNETH
KRYS, solely in his capacity as Foreign
Representatives and Liquidator thereof,

                       Plaintiff/Appellants,

-against-                                                          19 **CIVIL** 3911 (VSB)

                                                                                  **JUDGMENT**

CITIBANK, N.A. LONDON,

                       Defendant/Appellees.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 27, 2023, and the Court's Amended Opinion & Order in the lead case, Doc. 600, dated September 22, 2022, Defendants' motion for certification of the ruling to the Second Circuit under 28 U.S.C. § 1292(b) is GRANTED and the Bankruptcy Court's decision is AFFIRMED. Judgment is entered in *In Re: Fairfield Sentry Limited*, 21-CV-4307 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4329 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4444 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4490 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4498 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4381 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4453 (VSB*); In Re: Fairfield Sentry Limited*, 21-CV-4486 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4487 (VSB); *In Re: Fairfield Sentry Limited*, 21-CV-4496 (VSB); and *In Re: Fairfield Sentry Limited*, 21-CV-4400 (VSB); accordingly, the cases are closed.

**Dated:**  New York, New York

      April 6, 2023

                                                                       **RUBY J. KRAJICK**

                                                                  _____
                                                                     **Clerk of Court**

                                  **BY:**         K. Mango

                                                                  _____
                                                                     **Deputy Clerk**